AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
MAY 1 8 2007
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
GEORGE TABORA

## WARRANT FOR ARREST

Case Number: 1:07-M-51M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GEORGE TABORA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly attempting to obstruct, delay and affect commerce by means of extortion; and

falsely assuming and pretending to be an officer or employee acting under the authority of the United States and a department and agency thereof, and acting as such and in such pretend character, demanded money and things of value,

in violation of Title 18 United States Code, Section(s) 1951(a) and 912

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Providence, Rhode Island
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/18/2007 | Brian McDonald DUSM | [signature] |
| DATE OF ARREST 05/24/2007 | | |