**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. 07 M 51 LDA** |
| | ) | |
| **GEORGE TABORA** | ) | |

---

## MOTION TO AMEND BAIL CONDITIONS

Now comes the defendant, George Tabora, and asks that this Honorable Court amend his bail conditions. Specifically Mr. Tabora requests that this court allow him to leave his home for the purposes of shopping. Mr. Tabora's son is no longer present in his home and he has no other person who is able to shop for him. In addition Mr. Tabora requests that this court allow him to attend his daughter's high school graduation from Burrillville High School on June 8, 2007.

The government, through Assistant United States Attorney Lee Vilker, indicates no objection to this motion.

Respectfully Submitted
George Tabora
By His Attorney,

/s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
mary_mcelroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Lee Vilker, AUSA, on the first day of June, 2007.

/s/ Mary S. McElroy